**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| BRANDON GARRETT, | No. 09-55432 |
| Petitioner - Appellant, | D.C. No. 2:08-cv-06763-SJO |
| v. | |
| JOHN MARSHALL, Warden and MICHAEL S. EVANS, | MEMORANDUM[*] |
| Respondents - Appellees. | |

Appeal from the United States District Court
for the Central District of California
S. James Otero, District Judge, Presiding

Submitted May 24, 2011[**]

Before:     PREGERSON, THOMAS, and PAEZ, Circuit Judges.

California state prisoner Brandon Garrett appeals from the district court's

judgment denying his 28 U.S.C. § 2241 habeas petition.

This court has received and reviewed Garrett's responses to the orders to

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

show cause filed on September 16, 2010 and February 14, 2011.

Garrett has completed his custodial sentence and was discharged from parole. Accordingly, Garrett's appeal, in which he requests the restoration of good time credits, must be dismissed as moot. *See United States v. Palomba*, 182 F.3d 1121, 1123 (9th Cir. 1999). All pending requests are denied.

**DISMISSED.**